IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS STERLING PAYNE,

      Plaintiff,

v.	Case No.  5:13cv91-MW/GRJ

FRANK McKEITHEN and
RONALD LIPPMANN,

      Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.50, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 55.   Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  Defendant McKeithen's motion for summary judgment, ECF No. 34, is **GRANTED**.  Defendant Lippmann's motion for summary judgment, ECF No. 36, is **GRANTED in part** to the extent that the Complaint states negligence claims under state law.  In all other respects, Defendant Lippmann's motion for summary judgment is **DENIED**.  This case is **remanded** Magistrate Judge Jones for entry of an order governing an additional

1

limited period of discovery and for reconsideration of Plaintiff's motions seeking appointment of counsel.

**SO ORDERED on April 13, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**